IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY L. SNOOK, | ) | CASE NO. 4:05CV3193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion to extend the deadline for submitting a brief (Filing No. 8). The Plaintiff requests until December 28, 2005, to submit a brief.

IT IS ORDERED:

1. The Plaintiff's motion to extend the deadline for submitting a brief (Filing No. 8) is granted; and

2. The Plaintiff shall file and serve a brief on or before **December 28, 2005**.

DATED this 29th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge